# In the United States Court of Federal Claims

No. 22-1815
Filed: February 7, 2023

|  |  |
|---|---|
| TONGZHONG JU, et al., | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**ORDER GRANTING ENLARGEMENT OF TIME**

On February 3, 2023, defendant filed an unopposed motion for an enlargement of time, requesting an additional 45 days, up to and including March 27, 2023, to file its response to plaintiffs' Complaint. *See generally* Defendant's Unopposed Motion for Enlargement of Time, ECF No. 6. For good cause shown, the Court **GRANTS** defendant's Motion. Accordingly, defendant shall file its response to the Complaint on or before **March 27, 2023**.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge