# In the United States Court of Federal Claims

No. 22-1815
Filed: May 31, 2023

|  |  |
|---|---|
| TONGZHONG JU, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

**ORDER**

On May 25, 2023, defendant filed an unopposed motion for an enlargement of time, requesting an additional twenty-eight days, up to and including June 30, 2023, to file its response to plaintiffs' Motion for Summary Judgment. *See generally* Defendant's Unopposed Motion for Enlargement of Time, ECF No. 10. For good cause shown, the Court **GRANTS** defendant's Motion. Accordingly, defendant shall file its response to plaintiffs' Motion for Summary Judgment on or before **June 30, 2023**.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge